Thomas L. REAVIS, Appellant,

v.

Derek J. TONKS, Respondent.

WD 78903

Missouri Court of Appeals,
Western District.

FILED: May 31, 2016

Bruce B. Brown, Kearney, MO, for appellant.

Dennis E. Davidson, Kansas City, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Cynthia L. Martin And Gary D. Witt, Judges

### ORDER

Per Curiam

Thomas Reavis appeals from the circuit court's judgment finding in his favor on the issue of liability on his property damages claim against Derek Tonks but awarding him zero damages. Reavis alleges error in the court's determination of damages and its application of the statute allowing credit for advance payments against tort liability judgments. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value. Rule 84.16(b). AFFIRMED.

Adrian GRAHAM, Appellant,

v.

STATE of Missouri, Respondent.

WD 78934

Missouri Court of Appeals,
Western District.

ORDER FILED: May 31, 2016

Mark A. Grothoff, Assistant Public Defender Columbia, MO, Attorney for Appellant.

Chris Koster, Attorney General, Christine Lesicko, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Two: Victor C. Howard, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

### Order

Per Curiam:

Adrian Graham appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Graham argues that the motion court erred in failing to grant him an evidentiary hearing on his claim that trial counsel provided ineffective assistance in failing to investigate and call witnesses on Graham's behalf at trial. Finding no error, we affirm. Rule 84.16(b).